## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| LATOCHA THOMAS and DEVON MCCLLEAN, | Case No. 19-CV-3066 (JRT/ECW) |
| Plaintiffs, | |
| v. | **REPORT AND RECOMMENDATION** |
| TODD AXTELL; RAMSEY COUNTY MEDICAL EXAMINER; SAINT PAUL POLICE DEPARTMENT GANG UNIT SGT.; SPPD GANG UNIT HIGH OFC.; SPPD GANG UNIT JOHN DOES; RAMSEY COUNTY, MINNESOTA; STATE OF MINNESOTA; and BOB FLETCHER, | |
| Defendants. | |

In an order dated February 25, 2020, this Court explained numerous problems with Plaintiff Latocha Thomas's Complaint and ordered Thomas to file an amended complaint. (*See* Dkt. 3 at 6.) Thomas was given until March 26, 2020, to file an amended complaint, failing which this Court would recommend that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and Thomas has not filed an amended complaint. In fact, Thomas has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497

(8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: April 7, 2020               *s/Elizabeth Cowan Wright*
                                   ELIZABETH COWAN WRIGHT
                                   United States Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).