## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| LATOCHA THOMAS et al, | Civil No. 19-3066 (JRT/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| TODD AXTELL et al, | |
| Defendants. | |

Latocha Thomas, 1604 16th Street Apt #3, Des Moines, IA 50314, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 7, 2020, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 1, 2020
in Minneapolis, Minnesota at 10:30 AM

s/John R. Tunheim_____
JOHN R. TUNHEIM
Chief Judge
United States District Court